United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APPLIED BIOLOGICS LLC | § | |
| | § | |
| v. | § | Case No. 4:25-cv-05983 |
| | § | |
| EPIONE HEALTH GROUP, P.L.L.C. | § | |

## ORDER

Upon review and consideration of the Motion for Attorneys' Fees and Costs (Dkt. No. 22) filed by Plaintiff, Applied Biologics LLC ("*Plaintiff*") and the entire record before the Court, the Court is of the opinion that the motion should be and hereby is **GRANTED**.  Defendant, Epione Health Group, P.L.L.C. ("*Defendant*"), failed to appear or otherwise defend this action, and thus, Plaintiff is the prevailing party.  As such, Defendant is liable for Plaintiff's reasonable attorneys' fees and costs incurred in this action. Plaintiff is awarded $11,140.50 in reasonable attorneys' fees and $525.00 in costs from and Defendant.

IT IS SO ORDERED.

Signed at Houston, Texas on this 21st day of May, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE